**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 01, 2024
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

v.

ALFRED JACOBY GREEN
aka Coby

CRIMINAL NO:
**SEALED**

4:24-cr-404

## ORDER FOR ISSUANCE OF BENCH WARRANT

A _CRIMINAL INDICTMENT_ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

ALFRED JACOBY GREEN
aka Coby

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE
    AMOUNT OF: $

SIGNED at Houston, Texas, on _July 31_, 2024.

_Christine A Bryan_
UNITED STATES MAGISTRATE JUDGE