Sealed

Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 01, 2024
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO: |
| | § | **SEALED** |
| v. | § | **4:24-cr-404** |
| | § | |
| JESSICA FERGUSON | § | |

### ORDER FOR ISSUANCE OF BENCH WARRANT

A ___CRIMINAL INDICTMENT___ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

JESSICA FERGUSON

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on ___July 31___ , 2024

_____
UNITED STATES MAGISTRATE JUDGE