# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:24–cr–00404

Denzel Curtis Dwayne Pink

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Denzel Curtis Dwayne Pink as set forth below.**

**Before the Honorable Yvonne Y Ho**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/29/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date: August 29, 2024                                                                 Nathan Ochsner, Clerk