UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ALFRED JACOBY GREEN, et al.**<br>**Defendants.** | **CRIMINAL NO. 4:24-cr-404** |

## MOTION TO REMOVE COUNSEL

The United States of America, by and through Nicholas J. Ganjei, United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Texas, respectfully requests that the Court remove George Meggali from the above referenced case as he is no longer employed by the U.S. Department of Justice. All notices and communications (including those transmitted by the ECF system) should continue to be directed to the other attorneys listed on ECF.

Date: November 3, 2025

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

*/s/ Anh-Khoa T. Tran*
Anh-Khoa T. Tran
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9551
anh-khoa.tran@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on November 3, 2025, to the CM-ECF system of the United States District Court for the Southern District of Texas for electronic delivery to all counsel of record.

                                      */s/ Anh-Khoa T. Tran*
                                      Anh-Khoa T. Tran
                                      Assistant United States Attorney
                                      1000 Louisiana Street, Suite 2300
                                      Houston, Texas 77002
                                      Tel: (713) 567-9551
                                      anh-khoa.tran@usdoj.gov

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO. 4:24-cr-404** |
| **ALFRED JACOBY GREEN, et al.** **Defendants.** | |

## ORDER

For good cause shown, it is hereby Ordered that the government's Motion to Remove Counsel is GRANTED. It is ORDERED that former Trial Attorney George Meggali, is removed from the ECF system for the above referenced case.

Signed at Houston, Texas, this _____ day of _____ 2025.

_____
HON. ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE