**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **Case No. 4:24-cr-00404** |
| | § | |
| **ALFRED GREEN** | § | |

**DEFENDANTS' JOINT UNOPPOSED MOTION TO CONTINUE JURY
SELECTION AND TRIAL**

TO THE HONORABLE ANDREW S. HANEN,
UNITED STATES DISTRICT JUDGE:

ALFRED GREEN, Defendant, through his attorney, Chris Flood, files this Joint

Unopposed Motion to Continue Jury Selection and Trial, saying for cause as follows:

1.      On January 20, 2026, this Court entered an amended scheduling order (Dkt.

178) as follows:

| | |
|---|---|
| MOTIONS are to be filed by: | April 10, 2026 |
| RESPONSES are to be filed by: | April 24, 2026 |
| PRETRIAL CONFERENCE is reset to: | May 11, 2026, at 8:30 A.M. |
| JURY SELECTION and TRIAL: | May 18, 2026, at 9:00 AM |

2.      Counsel for the Defendants are in various stages of reviewing discovery and

negotiating with the Government in this case and need at least an additional 90 days in

order to determine whether pretrial motions, if any, should be filed, prepare for trial, and

engage in further discussions with the Government.

3.      Counsel has conferred with Assistant U.S. Attorneys Anh-Koa T. Tran and Amy L. Schwartz who are unopposed to this request, and conferred with counsel for all co-defendants who join in this request.

4.      This request for continuance is not made for the purpose of delay, but solely to allow Defendants' attorneys to provide effective assistance of counsel.

WHEREFORE, Defendants respectfully request that Jury Selection and Trial be continued for at least 90 days and the Docket Control Order be amended consistent with the Court's schedule.

Respectfully submitted,

*/s/ Chris Flood*
Chris Flood
Email: chris@floodandflood.com
State Bar No. 07155700
Federal I.D. No. 9929
FLOOD & FLOOD
914 Preston, Ste. 800
Houston, Texas 77002
713-223-8877
713-223-8877 fax

ATTORNEY FOR DEFENDANT,
ALFRED GREEN

-2-

-3-

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Department of Justice Trial Attorneys Anh-Khoa T. Tran and Amy L. Schwartz on March 31, 2026, who stated the United States is not opposed to this motion. Additionally, I hereby certify that I conferred with counsel for the co-defendants who stated they are not opposed to this motion.

*/s/ Chris Flood*
Chris Flood

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Chris Flood*
Chris Flood